UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

JANET CLEARY and
THOMAS CLEARY, h/w

v.                                          CIVIL ACTION NO.: 14-6448

L&L TRANSPORTATION CO.,
LEONARD RIZZOLO,
CRESTWOOD MIDSTREAM PARTNERS
AND
PAPCO, LLC

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)**

AND NOW, this 1st day of Dec, 2014, it is hereby STIPULATED by and between Kevin P. O'Brien, Esquire counsel for Plaintiff and Gary S. Williams, Esquire counsel for Defendants, as follows:

1. Plaintiff has not previously dismissed any Federal or State Court Action based on, or including the same claim;

2. Gary S. Williams, Counsel for Defendants has notified Plaintiff that diversity of citizenship does not exist between the parties and the Federal Court lacks subject matter jurisdiction to adjudicate this dispute; and

3. Accordingly, the parties have stipulated to dismiss the instant action, without prejudice, with leave granted for Plaintiff to refile the instant action in State Court.

_____
KEVIN P. O'BRIEN, ESQUIRE
Attorney for Plaintiff
500 Cottman Avenue
Cheltenham, PA 19012
(215)663-0400

_____
GARY S. WILLIAMS, ESQUIRE
Attorney for Defendants
150 S. Independence Mall West
Suite 500
Philadelphia, PA 19106
(215)627-3087 ext. 12407